UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MORA, ) | Case No.: 2:11-cv-00899-GMN-RJJ |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| COUNTRYWIDE MORTGAGE, BAC HOME ) | |
| LOANS, RECONTRUST COMPANY, N.A. & ) | |
| ROES 1 through X, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On January 26, 2012, this court entered its order (ECF 15) granting in part and denying in part Defendants Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, and ReconTrust Company, N.A.'s Motion to Dismiss (ECF No. 5). In said order, Plaintiff, Robert Mora, was granted leave to amend claims 1, 5 and 11 of his complaint, and to reassert his claims for relief by February 17, 2012. Failure to do so would result in dismissal of this lawsuit.

Plaintiff failed to file an amended complaint by February 17, 2012, and as of this date, no amended complaint has been filed by the Plaintiff.

On January 31, 2012, the above-mentioned order was mailed to the Plaintiff at the address provided on the docket; however, the same was returned as undeliverable, with no forwarding address.

Plaintiff has failed to comply with LSR 2-2, Change of Address, which states:

> The plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice.

Accordingly, for the aforementioned reasons,

1 **IT IS THEREFORE ORDERED** that Plaintiff's complaint be **DISMISSED, with**
2 **prejudice,** and the Clerk of the Court is directed to close this case.
3     **DATED** this 19th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge